


FEB 05 2009

BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATE OF AMERICA PLAINTIFF(S)

v. CIVIL NO.: 08-6107

MICHAEL L. BABB DEFENDANT(S)

## DEFAULT JUDGMENT BY THE CLERK

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against defendant(s):

MICHAEL L. BABB

1. Plaintiff(s) certified to personal jurisdiction and service of process that the defendant(s) is not an infant, incompetent person(s), in active military service of the United States or its officers or agents.

2. Defendant(s) did not appeared in this action.

3. The default of defendant(s) was entered on February 4, 2009

4. The amount claimed is a sum certain in the amount of $7,515.36

Accordingly, judgment is hereby entered in favor of plaintiff(s) in the amount of

plus costs and postjudgment interest at the rate of .49 % per annum.

Dated:

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK

By: [signature]
Deputy Clerk

WD - 8